MARY M. SCHROEDER
JUDGE
UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT



U.S. COURTHOUSE, SUITE 610
401 W. WASHINGTON ST., SPC 54
PHOENIX, AZ 85003-2156
(602) 322-7320

July 21, 2011

Honorable Bobby R. Baldock, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, DC 20544

Dear Judge Baldock,

     In correspondence from you dated July 8, 2011, there was a question regarding a listing for -VALIC MYM in Part VII, page 7, line 36 that was listed on my 2009 Financial Disclosure Statement and not listed on my 2010 Financial Disclosure Statement. The amount in this account was transferred out on June 6, 2009 and is therefore is no longer reportable for the 2010 Financial Disclosure Statement.

     Should you have any further questions or require any additional documentation, please do not hesitate to contact me.

Sincerely,



chr

Enclosure

Schroeder, Mary M.

AO 10
Rev. 1/2011

## FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| SCHROEDER, MARY M. | US COURT OF APPEALS - 9TH CIRCUIT | 5/3/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| ACTIVE - CIRCUIT JUDGE | ☐ Nomination, Date <br> ☐ Initial ☑ Annual ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2010 <br> to <br> 12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. COURTHOUSE, SUITE 610 <br> 401 W. WASHINGTON ST., SPACE 54 <br> PHOENIX, AZ 85003-2156 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. COUNCIL MEMBER | AMERICAN LAW INSTITUTE |
| 2. TRUSTEE | TRUST #1 |
| 3. ADVISORY BOARD MEMBER | LOWELL OBSERVATORY |
| 4. PRESIDENT | ARIZONA WOMEN'S FORUM |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Schroeder, Mary M. A

| Name of Person Reporting | Date of Report |
|---|---|
| SCHROEDER, MARY M. | 5/3/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | ARIZONA STATE UNIVERESITY - SALARY |
| 2. 2010 | SHESHUNOFF INFORMATION SERVICES - BOOK ROYALTY |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | AMERICAN LAW INSTITUTE | 2/19/2010 | SAN FRANCISCO, CA | SPEAKING EVENT | TRANSPORTATION, FOOD, HOTEL |
| 2. | NATIONAL ASSOCIATION OF WOMEN JUDGES | 3/10/2010 - 3/12/2010 | WASHINGTON, D.C. | SPEAKING EVENT | TRANSPORTATION, FOOD, HOTEL |
| 3. | THE ASPEN INSTITUTE | 6/11/2010 -6/13/2010 | GREENTREE, NY | SEMINAR | TRANSPORTATION, FOOD, HOTEL |
| 4. | FRESNO COUNTY YOUNG LAWYERS ASSOCIATION | 9/8/2010 | FRESNO, CA | SPEAKING EVENT | TRANSPORTATION, FOOD, HOTEL |
| 5. | AMERICAN LAW INSTITUTE | 10/20/2010 - 10/22/2010 | NEW YORK, NY | SEMINAR | TRANSPORTATION, FOOD, HOTEL |

| Name of Person Reporting | Date of Report |
|---|---|
| SCHROEDER, MARY M. | 5/3/2011 |

| 6. | UNIVERSITY OF IDAHO | 10/29/2010 - 10/30/2010 | MOSCOW, ID | SPEAKING EVENT | TRANSPORTATION, FOOD, HOTEL |
|---|---|---|---|---|---|
| 7. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SCHROEDER, MARY M. | 5/3/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SCHROEDER, MARY M. | 5/3/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.  JP MORGAN CHASE ACCOUNTS | B | Interest | M | T | | | | | |
| 2. | | | | | | | | | |
| 3.  LINCOLN NAT'L LIFE | A | Interest | J | T | | | | | |
| 4.  FRANKLIN FUND AZTXFR INC. | A | Int./Div. | K | T | | | | | |
| 5.  EQUITABLE 300+ STOCK FUND-IRA | | None | K | T | | | | | |
| 6.  TRUST #1 - see below lines for detail info. | E | Int./Div. | P1 | T | | | | | |
| 7.  -AZ ST. CREDIT UNION ACCOUNTS | | | | | | | | | |
| 8.  -VALIC FIXED PLUS FUND | | | | | Sold<br>(part) | 05/17/10 | L | | |
| 9.  - VALIC FIXED PLUS FUND | | | | | Sold<br>(part) | 10/08/10 | K | | |
| 10.  -TIAA TRADITIONAL (RET. ANN) | | | | | | | | | |
| 11.  -CREF STOCK | | | | | | | | | |
| 12.  -CREF GROWTH | | | | | | | | | |
| 13.  -CREF EQUITY INDEX | | | | | Buy | 07/14/10 | J | | |
| 14.  -CREF EQUITY INDEX | | | | | Buy<br>(add'l) | 10/20/10 | J | | |
| 15.  -TC INTL EQ. RET. | | | | | Buy | 01/11/10 | J | | |
| 16.  -TC MIDCAP VAL RET. | | | | | Buy | 06/07/10 | K | | |
| 17.  -TC MIDCAP VAL RET. | | | | | Buy | 01/11/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SCHROEDER, MARY M. | 5/3/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -FIRST AM. MIDCAP GWTH | | | | | Buy | 07/14/10 | J | | |
| 19. -FIRST AM. MIDCAP GWTH (RET. ANN) | | | | | Buy (add'l) | 10/20/10 | J | | |
| 20. -CREF INFL LINKED BOND | | | | | Sold | 04/19/10 | M | | |
| 21. -CREF INFL LINKED BOND | | | | | Buy | 07/14/10 | J | | |
| 22. -CREF INFL LINKED BOND | | | | | Buy (add'l) | 10/20/10 | J | | |
| 23. -CREF INFL LINKED BOND | | | | | Buy (add'l) | 06/07/10 | J | | |
| 24. -TC SHORT TERM BOND | | | | | Buy | 06/07/10 | J | | |
| 25. -TC SHORT TERM BOND | | | | | Buy (add'l) | 04/19/10 | M | | |
| 26. -CREF BOND | | | | | Buy | 06/07/10 | K | | |
| 27. -TIAA REAL ESTATE | | | | | Buy | 09/27/10 | M | | |
| 28. -GOLDMAN SACHS | | | | | Buy | 07/14/10 | J | | |
| 29. -GOLDMAN SACHS | | | | | Buy (add'l) | 10/20/10 | J | | |
| 30. -T-C HIGH YIELD RTMT | | | | | | | | | |
| 31. -VALIC SET RATE 7 YR | | | | | | | | | |
| 32. | | | | | | | | | |
| 33. | | | | | | | | | |
| 34. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SCHROEDER, MARY M. | 5/3/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SCHROEDER, MARY M. | 5/3/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| SCHROEDER, MARY M. | 5/3/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ MARY M. SCHROEDER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544